Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Fort Myers Division

| | |
|---|---|
| ANDREW BRYANT SHEETS | Case No. 2:25-cv-578-SPC-NPM *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| MATTHEW WOELK in personal capacity and CITY OF PUNTA GORDA, | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**I.   The Parties to This Complaint**

    **A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ANDREW BRYANT SHEETS |
| Address | 11408 PEPPERDINE ST |
| | PUNTA GORDA, FL, 33950 |
| | *City / State / Zip Code* |
| County | CHARLOTTE COUNTY |
| Telephone Number | 941-916-2259 |
| E-Mail Address | federallawsuit4freespeech@gmail.com |

    **B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | MATTHEW WOELK |
| Job or Title *(if known)* | City of Punta Gorda police officer |
| Address | 1410 Tamiami Trail |
| | Punta Gorda, FL, 33950 |
| County | CHARLOTTE COUNTY |
| Telephone Number | (941) 639-4111 |
| E-Mail Address *(if known)* | pio@pgorda.us |

☒ Individual capacity    ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | City of Punta Gorda |
| Job or Title *(if known)* | municipality |
| Address | 326 W. Marion Avenue, |
| | Punta Gorda, FL, 33950 |
| County | CHARLOTTE COUNTY |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

1 Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  *City*   *State*   *Zip Code*

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  *City*   *State*   *Zip Code*

  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  1st amendment viewpoint, retaliation, and journalism, 4th Amendment illegal seizure and monell against the municipality,

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

¹Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

    Plaintiff was given a ticket, for waving a "FUCK JOE BIDEN" flag. Defendant Woelk gave Plaintiff the ticket Under City Ordnance, 9A-13(C)(8)/26-11.5(z) INDECENT SIGN 2nd offense. The City of Punta Gorda had an unconstitutional sign ordinance, this was the moving force, in the violation of Plaintiffs First Amendment rights. Plaintiff is well known by all police in Punta Gorda. Punta Gorda police and City employees, have a collective knowledge of Plaintiffs viewpoint. Punta Gorda Police Department regularly monitors; Andrew sheets YouTube pages and social media.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

    1410 Tamiami TRL,

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

    On 7/02/21

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff's speech was prematurely stopped.  Plaintiff was issued A citation for engaging in protected speech. Wolke targeted plaintiff for plaintiff's viewpoint; and the content on plaintiffs flag.  During the issuing of the citation plaintiffs submitted to authority of officer Wolke. While Defendant Wolke issued the ticket Plaintiff was not free to leave.   The Unconstitutional citation had a chilling effect. Plaintiff ended his protrest early; because he fear further retailation and or arrest.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff was illegally detained. Plaintiff's speech was stopped. Plaintiff was retaliated against because of his speech. Defendants violation of the 1st and 4th amendment had a chilling effect on plaintiff's speech. These actions also stop the plaintiff from engaging in journalism and collecting content via video interactions.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Wherefore, Plaintiff Sheets entitled to compensatory damages from City of Punta Gorda compensatory and punitive damages from MATTHEW WOELK the individual Defendant, and an award of reasonable costs.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/2/2025

Signature of Plaintiff: /S/ ANDREW B SHEETS
Printed Name of Plaintiff: ANDREW B SHEETS

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

|  | |
|---|---|
| Address | _____ |
| | _____ _____ _____ |
| | *City*    *State*    *Zip Code* |
| Telephone Number | _____ |
| E-mail Address | _____ |